IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER HUDSON,<br><br>Defendant. | 4:22CR3120<br><br>ORDER |

This matter is before the court on Defendant's motion for an order requiring the issuance of a subpoena duces tecum to custodian of records at CHI Health Good Samaritan, Kearney, Nebraska, for:

> Name & manufacturer, batch &/or ID #, manuals, accuracy levels, calibration records, maintenance records, & results of all blood &/or urine tests performed & testing tools used on [victim] (DOB: XX/XX/XXXX) from dates of 3.13.22 - 4.7.22.

Filing No. 107. The subpoena seeks production of personal and confidential information about the victim in this matter. Pursuant to Fed. R. Crim. P. 17(c)(3), the victim must be given notice so that the victim can move to quash or modify the subpoena or otherwise object before the court issues such an order. Since the government is more fully aware of the victim and his circumstances, the court will require the U.S. Attorney to make such notification to the victim requiring any motion to quash or objection by the victim to be filed on or before July 10, 2024.

The U.S. Attorney shall file, restricted to case participants, a copy of such notification forthwith.

Dated this 26th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge