IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>TANNER HUDSON,<br><br>                     Defendant. | **4:22CR3120**<br><br>**ORDER** |

      This matter is before the court on the defendant, Tanner Hudson's, unopposed Motion to Continue Trial. (Filing No. 121)  Defendant needs additional time to review discovery and prepare for trial.  The government has no objection to the continuance. For good cause shown and based upon the showing set forth in the motion,

      **IT IS ORDERED** that the Motion to Continue Trial (Filing No. 121) is granted, as follows:

1. The jury trial now set for August 26, 2024, is continued to **November 18, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and **November 18, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 5th day of August, 2024.

                                                                          BY THE COURT:

                                                                          *s/ Jacqueline M. DeLuca*
                                                                          United States Magistrate Judge