IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TANNER HUDSON,<br><br>                    Defendant. | 4:22CR3120<br><br>**ORDER** |

      This matter is before the court on the parties' Joint Motion to Continue Jury Trial. (Filing No. 127.)  In addition, the Court held a telephone conference on September 11, 2024 during which the parties indicated a joint motion to continue the trial was anticipated due to issues obtaining subpoenaed documents Defendant's expert needs to review. For good cause shown in the motion before the court and during the September 11, 2024 telephone conference,

      **IT IS ORDERED** that the Motion to Continue Trial (Filing No. 127) is granted, as follows:

1. The jury trial now set for November 18, 2024, is continued to **February 3, 2025 at 8:30 a.m.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), and with the consent of the Defendant and the government, the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and **February 3, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 19th day of September, 2024.

                                                      BY THE COURT:

                                                      *s/ Jacqueline M. DeLuca*
                                                      United States Magistrate Judge