IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br>vs.<br><br>TANNER HUDSON,<br><br>                Defendants. | 4:22CR3120<br><br>**ORDER** |

A telephone conference was held today. After conferring with counsel,

IT IS ORDERED:

1) Defendant's expert witness disclosures as required under Rule 16 must be served on or before December 18, 2024

2) Plaintiff's expert witness disclosures as required under Rule 16 must be served on or before January 20, 2025.

3) A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:15 a.m. on December 20, 2024. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

Dated this 15th day of November, 2024.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge