IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:22CR3120 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| TANNER HUDSON, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on September 2, 2025 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from Suppression Hearing held 04/24/2024

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: September 8, 2025

BY THE COURT

s/ Susan M. Bazis
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15